**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ERIK KNUTSON and KEVIN LEMIEUX, Individually and on Behalf of All Others Similarly Situated**,<br><br>                  Plaintiffs,<br><br>v.<br><br>**SCHWAN'S HOME SERVICE, INC.; and CUSTOMER ELATION, INC.**,<br><br>                  Defendants. | Case No: 12-CV-964 GPC (DHB)<br><br>**ORDER GRANTING JOINT MOTION FOR LEAVE TO FILE INSTANTER STATEMENTS OF FACT AND RESPONSES REGARDING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**<br><br>**(ECF NO. 102)** |

   Having considered the parties' Joint Motion to For Leave to File Instanter Statements of Fact and Responses Regarding Plaintiffs' Motion for Summary Judgment, (ECF No. 102), and good cause appearing, the Court hereby **GRANTS** the Joint Motion.  Accordingly, it is hereby **ORDERED** as follows:

   1.   Defendants are granted leave to file the following documents *instanter*: Defendants' Separate Statement of Additional Undisputed Facts, (ECF

No. 102-1); and Defendants' Response to Plaintiffs' Statement of Undisputed Facts, (ECF No. 102-2). The exhibits to these documents were attached to Defendants' Memorandum of Points and Authorities in Opposition to Plaintiffs' Motion for Summary Judgment, (ECF No. 98), are already in the record, and need not be re-filed.

    2.    Plaintiffs are granted leave to file the following documents *instanter*: Plaintiffs' Response to Defendants' Separate Statement of Additional Undisputed Material Facts, (ECF No. 102-3); Plaintiffs' Response to Defendants' Response to Plaintiffs' Statement of Undisputed Facts, (ECF No. 102-4); and the supporting Declaration and Exhibits, (ECF Nos. 102-5, 102-6, 102-7, 102-8).

**IT IS SO ORDERED**.

DATED:   September 17, 2013

                                      HON. GONZALO P. CURIEL
                                      United States District Judge