UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIK KNUTSON and KEVIN LEMIEUX, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> SCHWAN'S HOME SERVICE, INC. and CUSTOMER ELATION, INC., <br><br> Defendants. | Case No.  3:12-CV-00964-GPC-DHB <br><br> **ORDER GRANTING JOINT MOTION TO CONTINUE STAY AND DEADLINE FOR PLAINTIFFS TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** <br><br> **(ECF NO. 127)** |

Having considered the Parties' Joint Motion to Continue Stay and Deadline for Plaintiffs to File Motion for Preliminary Approval of Class Action Settlement, and good cause appearing therefor, the Court hereby **GRANTS** the Joint Motion. Accordingly, **IT IS HEREBY ORDERED** that:

1. These proceedings are **STAYED** until **February 28, 2014**, or until Plaintiffs file a motion for preliminary approval of class action settlement, whichever is earlier.

Dated: January 28, 2014

HON. GONZALO P. CURIEL
United States District Judge

12CV0964