**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
Jason A. Ibey, Esq. (SBN: 284607)
jason@kazlg.com
245 Fischer Avenue, Suite D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiffs*,
Erik Knutson and Kevin Lemieux

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ERIK KNUTSON and KEVIN LEMIEUX, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>SCHWAN'S HOME SERVICE, INC.; and CUSTOMER ELATION, INC.,<br><br>Defendants. | Case No.: 12-CV-00964-GPC (DHB)<br><br>**NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>**Date:** July 18, 2014<br>**Time:** 1:30 p.m.<br>**Place:** 2D<br>**Judge:** Hon. Gonzalo P. Curiel |

NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT
CASE NO.: 12-CV-00964-GPC-DHB

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** Plaintiffs, Eric Knutson and Kevin Lemieux ("Plaintiffs"), in the action entitled *Eric Knutson and Kevin Lemieux, Individually and Behalf of All Others Similarly Situated v. Schwan's Home Service, Inc., et al.,* 12-CV-964-GPC (DHB), pending in the United States District Court for the Southern District of California, file this Notice of Motion and Motion for Preliminary Approval of Class Action Settlement.

Pursuant to Fed. R. Civ. P. 23, Plaintiffs in this action request that the Court preliminarily approve the parties' Class Action Settlement Agreement and enter the Preliminary Approval Order submitted with this motion.

Plaintiffs will move for Preliminary Approval of Class Action Settlement on July 18, 2014 at 1:30 p.m. before the Hon. Gonzalo P. Curiel in Courtroom 2D of the United State District Court located at 221 West Broadway, San Diego, California.

Plaintiffs' motion is based on the accompanying memorandum of points and authorities, supporting declarations and exhibits thereto, the pleadings and papers on file herein, and other such matter as may be presented to the Court at the time of the hearing.

Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

Date: May 5, 2014    By: /s/ Abbas Kazerounian, Esq.
    Abbas Kazerounian
    *Attorney for Plaintiffs*

Kazerouni Law Group, APC
Costa Mesa, California

NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT
CASE NO.: 12-CV-00964-GPC-DHB      1