1

2

3

4

5

6

7

8

9

10

11

12

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 13    **ERIK KNUTSON AND KEVIN LEMIEUX, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**<br><br>                   **PLAINTIFFS,**<br><br>**V.**<br><br>**SCHWAN'S HOME SERVICE, INC.; AND CUSTOMER ELATION, INC.,**<br><br>             **DEFENDANTS.** | **Case No.: 3:12-CV-00964-GPC-DHB**<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER GRANTING FINAL JUDGMENT OF CLASS ACTION SETTLEMENT**<br><br>**HON. GONZALO P. CURIEL** |

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**JUDGMENT**

The Court, having previously issued its final order approving as fair, reasonable and adequate the Proposed Class Action Settlement and Fees, and having overruled all objections to the same, and having approved the award of attorneys' fees and incentive awards, Final Judgment is hereby entered as follows:

> The parties and their counsel shall implement the approved Class Action Settlement, and All Class Members are hereby permanently barred and enjoined from filing, commencing, prosecuting, maintaining, intervening in, participating in (as Class Members or otherwise), or receiving any other relief from, any other claim, lawsuit, arbitration, or administrative, regulatory or other proceeding or order in any jurisdiction which are within the terms of the release set forth in Section 13 of the Class Action Settlement Agreement.

This judgment is therefore the final judgment of the court.

IT IS SO ORDERED.

Dated: _____     _____
                                    HON. GONZALO P. CURIEL
                                    U.S. DISTRICT COURT JUDGE