# PLAINTIFFS' EXHIBIT 2

Webpage Located at www.schwans.com

_____

**In The Case Of**

*Erik Knutson and Kevin Lemieux, Individually and On Behalf of All Others Similarly Situated*

**v.**

*Schwan's Home Service, Inc. and Customer Elation, Inc.*

**12-CV-00964-GPC (DHB)**




Welcome
Log In : Create an Account : Sign Up for Email : Help

Product Name or Item # Products

0 Items

| Fruits/Vegetables | Meat | Seafood | Entrees | Pizza/Pasta | Side Dishes | Appetizers | Snacks | Ice Cream | Desserts | Beverages |

New Items | Specials & Hot Deals | My Deals | Coupons | Rewards | LiveSmart® | Gift Cards | Meals for 1-4 | Kid Favorites | Dinner | Lunch | Breakfast | Recipes

**Find delivery options in your area**

Enter Zip Code



## SPECIAL DIETS

No Gluten Ingredients

Vegetarian

No Sugar Added

Heart Healthy

Low Sodium

Low Calorie








## SHOP

Coupons

Specials & Hot Deals

What's New

Online Catalogs

Mobile App

## SHOP SAVINGS
VIEW ALL






## SHOP BY CATEGORY

    

CHICKEN   MEAT   SEAFOOD   PIZZA/PASTA   ENTREES

    

LIVESMART®   VEGETABLE   FRUIT/VEGETABLE   SIDE DISHES   APPETIZERS

    

ICE CREAM   DESSERTS   SNACKS   SPECIALS   WHAT'S NEW

**About Us**
* Careers
* History

**Customer Service**
* Catalog Quick Order
* Contact Us

**Our Service**
* Ordering & Delivery
* Payment Options

**Email Updates**
Sign up for special email offers from Schwan's

**Join Us:**

| * Press | * FAQs | * Satisfaction Guarantee | Home Service! |   |
| * Privacy Policy | * Live Help | * SCHWAN'S CARES™ Fundraising | Sign Up | |
| * Security Practices | * Online Catalogs | * Schwan's AARP Program | | |

© 2014 Schwan's Home Service, Inc. | Copyright Policy