**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
Jason A. Ibey, Esq. (SBN: 284607)
jason@kazlg.com
245 Fischer Avenue, Suite D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiffs,*
Erik Knutson and Kevin Lemieux

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ERIK KNUTSON and KEVIN LEMIEUX, Individually and On Behalf of All Others Similarly Situated,**<br><br>Plaintiffs,<br><br>v.<br><br>**SCHWAN'S HOME SERVICE, INC.; and CUSTOMER ELATION, INC.,**<br><br>Defendants. | Case No.: 12-CV-00964-GPC (DHB)<br><br>**DECLARATION OF PATRICK M. PASSARELLA OF KCC IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND CERTIFICATION OF SETTLEMENT CLASS** |

*Kazerouni Law Group, APC*
*Costa Mesa, California*

**I, Patrick M. Passarella, declare:**

1. I am a Senior Vice President of Operations with KCC Class Action Services ("KCC") located at 75 Rowland Way, Suite 250, Novato, California 94945. I submit this declaration to the Court as I understand and appreciate the parties' request to have KCC appointed as the Claims Administrator for the settlement in the event the Court grants preliminary approval of the proposed class action settlement in the lawsuit entitled *Knutson v. Schwan's Home Service, Inc. et. al.*, case no. 12-cv-00964-GPC (DHB) (S.D. Cal.).

2. KCC specializes in providing comprehensive class action settlement services, including, but not limited to, pre-settlement consulting, legal notification, contact center services, website design, claims administration, class member data management, legal notification, call center support, and other related services critical to the effective administration of class action settlements.

3. KCC's business is national in scope. Since 2000, KCC has been retained to administer more than 1,300 class action settlements. As part of these settlements, KCC has provided class notification solutions in cases with class members that range in numbers from 22 to over 22 million, and has distributed settlement payments totaling well over $2 billion.

4. I was asked to prepare and sign this declaration by Plaintiffs' counsel, Joshua B. Swigart. I understand this will be filed in support of the Plaintiffs' unopposed request in the preliminary approval motion to have our firm appointed as the Claims Administrator, as agreed upon by the Parties. If called as a witness, I could and would testify to the matters herein from personal knowledge.

5. KCC was given the opportunity to provide an estimate of the cost of services related to providing notice and claims administration in this case. A true and correct copy of that estimate is attached hereto as **Exhibit A**. This represents

*Kazerouni Law Group, APC*
Costa Mesa, California

the best estimate that can be prepared at this stage and the final cost may be less after the notices are disseminated and the claims submitted and paid. Our firm prides itself on providing the best services at the lowest cost possible to the Parties and to the Class. Our firm has agreed that the costs for notice and claims administration will not exceed $38,000.

6. A summary of my understanding of the case is as follows: This case involves a Class of approximately 16,691 members. The members of the Class are made up of persons who past or present customers of NutriSystem, Inc. who received automated and/or pre-recorded telephone calls to their cellular telephones from the Defendants allegedly in violation of the Telephone Consumer Protection Act. KCC will perform claims administration services including sending direct mail notice to all class members, maintaining a toll-free number for informational purposes and to make claims, maintain a website for informational purposes and to download and submit claim forms, as well as process claims and mailing of checks and vouchers to qualified claiming class members.

7. We look forward to handling this matter and our firm is willing to accept the appointment as Claims Administrator in this case.

I declare under penalty of perjury under the law of California and the United States of America that the foregoing is true and correct. Executed this 5th day of May, 2014 at Novato, CA.

Patrick M. Passarella

Kazerouni Law Group, APC
Costa Mesa, California