**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Jason A. Ibey, Esq. (SBN: 284607)
jason@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiffs,*
Erik Knutson and Kevin Lemieux

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ERIK KNUTSON and KEVIN LEMIEUX, individually and on behalf of all other similarly situated,**<br><br>Plaintiffs,<br><br>v.<br><br>**SCHWAN'S HOME SERVICE, INC.; and CUSTOMER ELATION, INC.,**<br><br>Defendants. | **Case No.:** 12-CV-00964-GPC (DHB)<br><br>**NOTICE OF MOTION AND MOTION FOR AWARD OF ATTORNEYS' FEES, COSTS, AND INCENTIVE PAYMENTS**<br><br>**Date**: December 12, 2014<br>**Time**: 1:30 p.m.<br>**Place**: Courtroom 2D<br>**Judge**: Hon. Gonzalo P. Curiel |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on December 12, 2014, at 1:30 p.m., before the United States District Court, Southern District of California, Courtroom 2D, 221 West Broadway, San Diego, CA 92101, Plaintiffs, Erik Knutson and Kevin Lemieux ("Plaintiffs"), will move this Court for an Order Granting Approval of Plaintiffs' Attorneys' Fees, Costs, and Incentive Payments.

This motion is based upon this notice, the records and papers on file herein, the attached memorandum of points and authorities, the declarations and exhibits thereto, and on such other evidence as may be presented at the hearing of this Motion.

Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

Date: September 12, 2014

By: /s/ Abbas Kazerounian
ABBAS KAZEROUNIAN, ESQ.
ATTORNEY FOR PLAINTIFFS

NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES, COSTS, AND INCENTIVE PAYMENTS    1