1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**SOUTHERN DISTRICT OF CALIFORNIA**

10
11
12
13
14
15
16

| | |
|---|---|
| ERIK KNUTSON and KEVIN LEMIEUX, individually and on behalf of all others similarly situated, | CASE NO. 3:12-cv-0964-GPC-DHB |
| Plaintiffs, | **ORDER SETTING BRIEFING SCHEDULE** |
| v. | |
| SCHWAN'S HOME SERVICE, INC. and CUSTOMER ELATION, INC., | |
| Defendants. | |

17        On September 12, 2014, plaintiffs filed a motion for award of attorneys' fees,

18   costs, and incentive payments. (ECF No. 140.) Accordingly, IT IS HEREBY

19   ORDERED that any opposition shall be filed on or before **October 24, 2014**. Any

20   reply shall be filed on or before **November 7, 2014**. A hearing is set for **December 12,**

21   **2014, at 1:30 p.m.** in Courtroom 2D.

22        IT IS SO ORDERED.

23   DATED:  September 15, 2014

24
25
26

HON. GONZALO P. CURIEL
United States District Judge

27
28