# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIK KNUTSON and KEVIN LEMIEUX, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SCHWAN'S HOME SERVICE, INC. and CUSTOMER ELATION, INC.,<br><br>Defendants. | CASE NO. 3:12-cv-0964-GPC-DHB<br><br>**ORDER REQUIRING SUPPLEMENTAL BRIEFING** |

On December 12, 2014, a final approval hearing was held on Plaintiff's Motion for Attorneys' Fees, (ECF No. 140), and Plaintiff's Motion for Final Approval of Class Action Settlement, (ECF No. 144). (ECF No. 146.) At the hearing, Plaintiff's counsel offered to provide supplemental briefing on whether the Court could reduce the award of attorneys' fees and then have the reduction distributed to the class members who have filed valid claims or distributed cy pres. (*See id.*) While the Court is skeptical that it has the authority to take such action, the Court believes supplemental briefing on the issue would be of assistance. Accordingly, **IT IS HEREBY ORDERED** that the parties are to submit supplemental briefing, either separately or jointly, on this issue. If it is not within the Court's power to take such action, the parties' brief or briefs should also address whether Defendants would agree to such action and, if so, how such agreement would be put forth, whether by separate joint motion or by a redrafting

of the Settlement Agreement. The supplemental briefing shall be filed on or before **January 9, 2015.**

    **IT IS SO ORDERED.**

DATED: December 16, 2014

    HON. GONZALO P. CURIEL
    United States District Judge